```
                                                          FILED
                                                 UNITED STATES DISTRICT COURT
                                                       DENVER, COLO.
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO            AUG - 3 2006
```

Civil Action No. **06 - CV - 01515 -BNB**

GREGORY C. LANGHAM
                    CLERK

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

JUAN CARLOS 060-5423,

    Plaintiff,

v.

US ATTORNEY GENERAL ALBERTO GONZALES,
ARAPAHOE COUNTY DETENTION FACILITY,
SHERIFF J. GRAYSON ROBINSON,
SHERIDAN POLICE DEPT. JOHN DOE = Jane Doe 1-100,
ARAPAHOE COUNTY DISTRICT COURT,
ARAPAHOE COUNTY 18TH JUDICIAL DISTRICT ATTORNEYS OFFICE,
CAROL CHAMBERS,
JOHN DOE + JANE DOE 1-50,
CENTENIAL [sic] MAYOR RANDY PYE,
18TH JUDICIAL PUBLIC DEFENDERS OFFICE MITCHEL ALAN STEDT AND PUBLIC
    DEFENDERS OFFICE OF THE STATE OF COLORADO MR. KAPLAN,
ARAPAHOE DISTRICT COURT HEAD CLERK TAMMY HERIVEL,
RIDGEVIEW ACADEMY (ROP),
ARAPAHOE COUNTY DETENTION FACILITY ,
D/S BIDON,
D/S JAMES,
D/S CLINE,
D/S TRUJILLO,
D/S/ JONES,
D/S WHITNER,
MAILROOM SUE WHITE,
RAMBO,
LT. MANOS,
SGT. ROSS,
SGT. WISCOMB,
SGT. THOMPSON,
D/S FREEMAN,
CHIEF LAUDERDALE,
MAYOR OF SHERIDAN MARY CARTER,
CLASSIFICATION NANCY SIVIK,
ARAMARK FOOD SERVICE,

EDDIE CILMORE,
MAURICE WOMAK,
JANE STADISH,
COLORADO DEPT. OF REGULATORY AGENCIES,
STATE BOARD OF MEDICAL,
STATE BOARD OF NURSING,
STATE BOARD OF MENTAL HEALTH EXECUTIVE DIRECTOR TAMOR WILLIAMS,
RICHARD L. VOGT,
TRI COUNTY HEALTH DEPT.,
ARAMARK FOOD SERVICES,
ARAPAHOE COUNTY COMMISIONERS [sic] BERNIE ZIMMER,

      Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

      Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   _X_   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing required financial information
(5)   ___   is missing an original signature by the prisoner
(6)   ___   is not on proper form (must use the court's current form)
(7)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(8)   ___   An original and a copy have not been received by the court. Only an original has been received.
(9)   ___   other _____

**Complaint, Petition or Application:**
(10) __X__ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order,** the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __1st__ day of __August__, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-CV-01515-BNB

Juan Carlos
Prisoner No. 060-5423
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80155-4918

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on 8/3/06

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk